No. 539. INTERNATIONAL ASSOCIATION OF MACHINISTS ET AL. *v.* GONZALES. District Court of Appeal of California, First Appellate District. Certiorari granted. The Solicitor General is invited to file a brief expressing the views of the National Labor Relations Board. *Plato E. Papps* for petitioners.

No. 545. UNITED STATES EX REL. LEE KUM HOY ET AL. *v.* SHAUGHNESSY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted, limited to the question of whether there was unconstitutional discrimination against petitioners by the use of blood tests in determination of their application for entry to this country. *Edward J. Ennis* for Lee Moon Wah, petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for respondent.

No. 457. CONTINENTAL OIL CO. *v.* FEDERAL POWER COMMISSION. C. A. 5th Cir. Certiorari denied. *Roland B. Voight* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter, William W. Ross* and *Willard W. Gatchell* for respondent.

No. 536. DAVID *v.* MICHIGAN. Circuit Court of Genesee County, Michigan. Certiorari denied. *Howard D. Cline* and *Francis J. George* for petitioner. *Thomas M. Kavanagh,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.